UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL J. LILLIE,

        **Plaintiff,**

   v.               7:16-CV-537
                       (FJS/ATB)
COMMISSIONER OF SOCIAL SECURITY,

         **Defendant.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **CONBOY, MCKAY, BACHMAN & KENDALL, LLP**<br>307 State Street<br>Carthage, New York 13619<br>Attorneys for Plaintiff | **LAWRENCE D. HASSELER, ESQ.** |
| **SOCIAL SECURITY ADMINISTRATION**<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>Attorneys for Defendant | **ANDREEA L. LECHLEITNER, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

  Currently before the Court is Magistrate Judge Baxter's April 4, 2017 Report-Recommendation, in which he recommended that this Court affirm the Commissioner's decision and dismiss Plaintiff's complaint. *See* Dkt. No. 14. The parties did not file any objections to these recommendations.

  When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in

whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's April 4, 2017 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's April 4, 2017 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the Commissioner's decision is **AFFIRMED**; and the Court further

**ORDERS** that Plaintiff's complaint, *see* Dkt. No. 1, is **DISMISSED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED**.

Dated: April 27, 2017
       Syracuse, New York

                                            Frederick J. Scullin, Jr.
                                            Senior United States District Judge